UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
DAMARIS AGUDELO

Case No.: __18-27816-RG__  
Chapter: __7__  
Judge: Rosemary Gambardella

## NOTICE OF PROPOSED ABANDONMENT

_____David Wolff_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
United States Bankruptcy Court
50 Walnut Street
3rd Floor
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __Rosemary Gambardella__ on __December 4, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3E__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real property located at 184 Vreeland Avenue, Bergenfield, New Jersey
Value: $372,000.00

Liens on property:
U.S. Bank National Association, As Trustee for J.P. Morgan Mortgage
$829.957.56

Amount of equity claimed as exempt:
$0.00

Objections must be served on, and requests for additional information directed to:

Name: David Wolff, Trustee
Address: 396 Route 34, Matawan, New Jersey 07747
Telephone No.: (732) 566-1189

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-27816-RG
Damaris Agudelo                                                                 Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                Page 1 of 2              Date Rcvd: Nov 08, 2018
                               Form ID: pdf905            Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2018.
```
db              +Damaris Agudelo,    184 Vreeland Avenue,   Bergenfield, NJ 07621-1933
517741387       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517741392       +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,   Wilmington, DE 19850-5298
517741391       +Chase Card Services,    Attn: Correspondence,    Po Box 15278,   Wilmington, DE 19850-5278
517741395       +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                  Saint Louis, MO 63179-0040
517741400       +Paragon Fed Credit Uni,    100 Paragon Dr,    Montvale, NJ 07645-1780
517741402       +Phelan Hallinan Diamond and Jones,    400 Fellowship Road,    Mount Laurel, NJ 08054-3437
517741415       +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,   Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 08 2018 23:58:14      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 08 2018 23:58:10      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd., One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
cr              +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2018 23:54:29
                  Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,   Norfolk, VA 23541-1021
517741383       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 08 2018 23:54:27      Capital One,
                  Attn: General Correspondence/Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
517741384       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 08 2018 23:54:27      Capital One,
                  Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517858645       +E-mail/Text: bankruptcy@certifiedcollection.com Nov 08 2018 23:57:56
                  Certified Credit and Collection Bureau,    P.O. Box 1750,   Whitehouse Station, NJ 08889-1750
517859027       +E-mail/Text: bankruptcy@certifiedcollection.com Nov 08 2018 23:57:56
                  Certified Credit and Collection Bureau,    PO Box 336,   Raritan, NJ 08869-0336
517741397       +E-mail/Text: mrdiscen@discover.com Nov 08 2018 23:57:06      Discover Financial,   Po Box 3025,
                  New Albany, OH 43054-3025
517741403       +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2018 23:54:48      Syncb/car Care Pep B,
                  Po Box 96060,    Orlando, FL 32896-0001
517741405       +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2018 23:55:27      Syncb/care Credit,
                  C/o Po Box 965036,    Orlando, FL 32896-0001
517743310       +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2018 23:54:23      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517741407       +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2018 23:55:27      Synchrony Bank/ JC Penneys,
                  Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517741409       +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2018 23:54:56      Synchrony Bank/ Old Navy,
                  Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517741411       +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2018 23:55:20      Synchrony Bank/Lowes,
                  Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517741413       +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2018 23:55:20      Synchrony Bank/PC Richard,
                  Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                             TOTAL: 15
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517741399        JP Morgan Chase
517741380*      +Bank Of America,    Nc4-105-03-14,    Po Box 26012,   Greensboro, NC 27420-6012
517741381*      +Bank Of America,    Nc4-105-03-14,    Po Box 26012,   Greensboro, NC 27420-6012
517741382*      +Bank Of America,    Nc4-105-03-14,    Po Box 26012,   Greensboro, NC 27420-6012
517741376*      +Bank Of America,    Nc4-105-03-14,    Po Box 26012,   Greensboro, NC 27420-6012
517741377*      +Bank Of America,    Nc4-105-03-14,    Po Box 26012,   Greensboro, NC 27420-6012
517741378*      +Bank Of America,    Nc4-105-03-14,    Po Box 26012,   Greensboro, NC 27420-6012
517741379*      +Bank Of America,    Nc4-105-03-14,    Po Box 26012,   Greensboro, NC 27420-6012
517741385*      +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                  Salt Lake City, UT 84130-0285
517741386*      +Capital One,    Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
517741388*      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517741389*      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517741390*      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517741393*      +Chase Card Services,    Attn: Correspondence,    Po Box 15278,   Wilmington, DE 19850-5278
517741394*      +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,   Wilmington, DE 19850-5298
517741396*      +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                  Saint Louis, MO 63179-0040
517741398*      +Discover Financial,    Po Box 3025,    New Albany, OH 43054-3025
517741401*      +Paragon Fed Credit Uni,    100 Paragon Dr,    Montvale, NJ 07645-1780
517741404*      +Syncb/car Care Pep B,    Po Box 96060,    Orlando, FL 32896-0001
517741406*      +Syncb/care Credit,    C/o Po Box 965036,    Orlando, FL 32896-0001
517741408*      +Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
517741410*      +Synchrony Bank/ Old Navy,    Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
517741412*      +Synchrony Bank/Lowes,    Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
517741414*      +Synchrony Bank/PC Richard,    Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
517741416*      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,   Mason, OH 45040-8053
```

```
District/off: 0312-2           User: admin              Page 2 of 2               Date Rcvd: Nov 08, 2018
                               Form ID: pdf905          Total Noticed: 23

517741375      ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                                  TOTALS: 1, * 24, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2018 at the address(es) listed below:
              Aileen   Perez    on behalf of Debtor Damaris   Agudelo aperezesq@yahoo.com,  aperezesq@yahoo.com
              David   Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank N.A., as trustee, et al..
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```