Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.:  18–27816–RG
                              Chapter:  7
                              Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Damaris Agudelo
   184 Vreeland Avenue
   Bergenfield, NJ 07621

Social Security No.:
   xxx–xx–3082

Employer's Tax I.D. No.:

## FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that David Wolff is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>January 9, 2019</u>　　　　　　　<u>Rosemary Gambardella</u>
　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court