**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Damaris Agudelo** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3082 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–27816–RG | |

# Order of Discharge                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Damaris Agudelo

1/9/19                                        **By the court:**   Rosemary Gambardella
                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-27816-RG
Damaris Agudelo                                                       Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jan 09, 2019
                              Form ID: 318             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2019.
```
db             +Damaris Agudelo,    184 Vreeland Avenue,    Bergenfield, NJ 07621-1933
517741395      +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517741400      +Paragon Fed Credit Uni,    100 Paragon Dr,    Montvale, NJ 07645-1780
517741402      +Phelan Hallinan Diamond and Jones,    400 Fellowship Road,    Mount Laurel, NJ 08054-3437
517741415      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,   Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 09 2019 23:38:17      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 09 2019 23:38:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Jan 10 2019 04:08:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
517741375      +EDI: BANKAMER.COM Jan 10 2019 04:08:00      Bank Of America,    Nc4-105-03-14,   Po Box 26012,
                 Greensboro, NC 27420-6012
517741383      +EDI: CAPITALONE.COM Jan 10 2019 04:08:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517741384      +EDI: CAPITALONE.COM Jan 10 2019 04:08:00      Capital One,    Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
517858645      +E-mail/Text: bankruptcy@certifiedcollection.com Jan 09 2019 23:38:00
                 Certified Credit and Collection Bureau,    P.O. Box 1750,    Whitehouse Station, NJ 08889-1750
517859027      +E-mail/Text: bankruptcy@certifiedcollection.com Jan 09 2019 23:38:00
                 Certified Credit and Collection Bureau,    PO Box 336,   Raritan, NJ 08869-0336
517741387      +EDI: CHASE.COM Jan 10 2019 04:08:00      Chase Card,    Po Box 15298,   Wilmington, DE 19850-5298
517741391      +EDI: CHASE.COM Jan 10 2019 04:08:00      Chase Card Services,    Attn: Correspondence,
                 Po Box 15278,    Wilmington, DE 19850-5278
517741392      +EDI: CHASE.COM Jan 10 2019 04:08:00      Chase Card Services,    Attn: Correspondence Dept,
                 Po Box 15298,    Wilmington, DE 19850-5298
517741397      +EDI: DISCOVER.COM Jan 10 2019 04:08:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517741403      +EDI: RMSC.COM Jan 10 2019 04:08:00      Syncb/car Care Pep B,    Po Box 96060,
                 Orlando, FL 32896-0001
517741405      +EDI: RMSC.COM Jan 10 2019 04:08:00      Syncb/care Credit,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
517743310      +EDI: RMSC.COM Jan 10 2019 04:08:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
517741407      +EDI: RMSC.COM Jan 10 2019 04:08:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
517741409      +EDI: RMSC.COM Jan 10 2019 04:08:00      Synchrony Bank/ Old Navy,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
517741411      +EDI: RMSC.COM Jan 10 2019 04:08:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
517741413      +EDI: RMSC.COM Jan 10 2019 04:08:00      Synchrony Bank/PC Richard,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 19
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517741399       JP Morgan Chase
517741380*     +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
517741381*     +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
517741382*     +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
517741376*     +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
517741377*     +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
517741378*     +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
517741379*     +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
517741385*     +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
517741386*     +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517741388*     +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517741389*     +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517741390*     +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517741393*     +Chase Card Services,    Attn: Correspondence,    Po Box 15278,    Wilmington, DE 19850-5278
517741394*     +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517741396*     +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517741398*     +Discover Financial,    Po Box 3025,    New Albany, OH 43054-3025
517741401*     +Paragon Fed Credit Uni,    100 Paragon Dr,    Montvale, NJ 07645-1780
517741404*     +Syncb/car Care Pep B,    Po Box 96060,    Orlando, FL 32896-0001
517741406*     +Syncb/care Credit,    C/o Po Box 965036,    Orlando, FL 32896-0001
517741408*     +Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517741410*     +Synchrony Bank/ Old Navy,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517741412*     +Synchrony Bank/Lowes,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
```

```
District/off: 0312-2              User: admin              Page 2 of 2              Date Rcvd: Jan 09, 2019
                                  Form ID: 318             Total Noticed: 24


            ***** BYPASSED RECIPIENTS (continued) *****
517741414*      +Synchrony Bank/PC Richard,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517741416*      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
                                                                                             TOTALS: 1, * 24, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2019 at the address(es) listed below:
              Aileen   Perez    on behalf of Debtor Damaris   Agudelo aperezesq@yahoo.com,   aperezesq@yahoo.com
              David   Wolff    dwtrustee@verizon.net,   NJ50@ecfcbis.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank N.A., as trustee, et al..
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 4
```